CINCINNATI BAR ASSOCIATION *v*. MAHIN.

[Cite as *Cincinnati Bar Assn. v. Mahin*, ___ Ohio St.3d ___, 2021-Ohio-3195.]

(No. 2020-0469—Submitted September 15, 2021—Decided September 16, 2021.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, John Edward Mahin, Attorney Registration No. 0011253, last known business address in Cincinnati, Ohio.

{¶ 2} The court coming now to consider its order of August 19, 2020, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years, with second year stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Cincinnati Bar Assn. v. Mahin*, 160 Ohio St.3d 424, 2020-Ohio-4098, 157 N.E.3d 750.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

————————————